PER CURIAM.

(No. 75-CC-713— )

JER-LEE HOME FOR CHILDREN, INC., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 3, 1975.*

JER-LEE HOME FOR CHILDREN, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.